Rev: 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　Criminal No.　　　　19-374-1

AHMAD KHAWAJA　　　　　　　　　Category　　B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __2/5/2020__ from __Judge Randolph D. Moss__ to __Calendar Committee__ by direction of the Calendar Committee.

(Defendant is a Fugitive)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:　　Judge Randolph D. Moss　　　& Courtroom Deputy
　　　Calendar Committee

　　　U.S. Attorney's Office – Judiciary Square Building, Room 5133
　　　Statistical Clerk