UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| AHMAD "ANDY" KHAWAJA, | )  CRIMINAL NO. 1:19-cr-00374 (RDM) |
| GEORGE NADER, | ) |
| ROY BOULOS, | ) |
| RUDY DEKERMENJIAN, | ) |
| MOHAMMAD "MOE" DIAB, | ) |
| RANI EL-SAADI, | ) |
| STEVAN HILL, and | ) |
| THAYNE WHIPPLE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Upon consideration of the Government's Unopposed Motion to Continue the March 10, 2019, Status Hearing and the entire record herein, it is this _____ day of February, 2020, hereby ORDERED that the motion is GRANTED.

It is further ORDERED that a status hearing is scheduled for May _____, 2020 at _____ a.m. / p.m. If the parties jointly seek a continuance of this status hearing, a joint status report will be due by May _____, 2020.

It is further ORDERED that all time between March 10, 2020, and the date of the next status hearing is excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* The Court finds that, due to the need for further review of discovery and for negotiation, and in view of the complex nature of the case, that failure to grant a continuance would make the continuation of this matter impossible, or would result in a miscarriage of justice; that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161; and that the failure to grant a continuance would

deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i-ii, iv). Accordingly, the Court finds that the ends of justice served by granting a continuance outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                                                THE HONORABLE RANDOLPH D. MOSS
                                                UNITED STATES DISTRICT JUDGE