# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    v. )<br>)<br>AHMAD "ANDY" KHAWAJA, )<br>GEORGE NADER, )<br>ROY BOULOS, )<br>RUDY DEKERMENJIAN, )<br>MOHAMMAD "MOE" DIAB, )<br>RANI EL-SAADI, )<br>STEVAN HILL, and )<br>THAYNE WHIPPLE, )<br>)<br>    **Defendants.** )<br>_____) | CRIMINAL NO. 1:19-cr-00374 (RDM) |

## PROPOSED JOINT SCHEDULING ORDER

The United States of America and defendants Nader, Boulos, Dekermenjian, Diab, El-Saadi, Hill, and Whipple, through their counsel, respectfully submit this proposed joint scheduling order.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By:   */s/ Michael J. Romano*
      Michael J. Romano
      James C. Mann
      Trial Attorneys
      Public Integrity Section
      Criminal Division
      U.S. Department of Justice

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AHMAD "ANDY" KHAWAJA, | ) | CRIMINAL NO. 1:19-cr-00374 (RDM) |
| GEORGE NADER, | ) | |
| ROY BOULOS, | ) | |
| RUDY DEKERMENJIAN, | ) | |
| MOHAMMAD "MOE" DIAB, | ) | |
| RANI EL-SAADI, | ) | |
| STEVAN HILL, and | ) | |
| THAYNE WHIPPLE, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

After considering the matters discussed at the status conference held in this case on December 7, 2020, it is ORDERED that the following schedule shall apply:

1. **Motions** – Any motions to dismiss, motions alleging a defect in the prosecution or indictment, motions to suppress, and motions to sever, *see* Fed. R. Crim. P. 12(b)(3)(A-D), shall be filed by March 5, 2021. Any responses shall be filed by March 19, 2021, and any replies, if necessary, shall be filed by March 26. Oral argument on such motions shall be scheduled if needed.

2. **Reciprocal Discovery / Expert Witness Notice** – The parties agree, and the court understands, that the government has provided the defense with discovery pursuant to Fed. R. Crim. P. 16(a)(1)(E) governing documents and objects. The court further understands that the government currently does not intend to present evidence pursuant to Fed. R. Crim. P. 16(a)(1)(F), reports of examinations and tests, or 16(a)(1)(G), expert witnesses. Accordingly, if any of the defendants have reciprocal discovery to provide, plan to present the reports of any examinations

1

and tests, or plan to present expert witness testimony, *see* Fed. R. Crim. P. 16(b)(1), that defendant must provide such discovery or file such notice by June 4, 2021.

3. **Additional Discovery Regarding Trial Witnesses** – The government must produce discoverable materials related to trial witnesses by September 7, 2021. Any additional items obtained thereafter shall be produced on a rolling basis shortly after the information is obtained.

4. **Motions in Limine and 404(b) Evidence** – Any motions in limine or notices of intent to offer evidence pursuant to Fed. R. Evid. 404(b) shall be filed by September 17, 2021. Responses shall be filed by October 1, 2021. Any replies, if necessary, shall be filed by October 8, 2021. The court will hold a hearing on any such motions on October 22, 2021.

5. **Trial Documents** – By November 15, 2021, the parties shall file proposed voir dire questions and proposed jury instructions. The jury instructions need not be a joint submission. Additionally, by this date, the parties shall provide a trial brief, if one is to be filed; shall provide a copy of their trial exhibits to the court and to the other parties; and shall submit in writing their positions on the need for an order under Local Criminal Rule 57.7(c).

6. **Interim Status Date** – The Court will hold interim status conference on June 15 at 11:00 a.m. Given the number and geographic distribution of defendants and defense counsel, this conference will be held virtually.

**SO ORDERED**

_____
RANDOLPH D. MOSS
United States District Judge

Date: _____