UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOHAMMAD DIAB, )<br>)<br>Defendant. ) | Case No. 1:19-CR-0374 (RDM) |

EX PARTE MOTION FOR COURT ORDER PERMITTING FAMILY VACATION

FROM AUGUST 2 THROUGH AUGUST 8, 2021

Defendant MOHAMMAD DIAB, through attorney Harland W. Braun, hereby moves for an Order permitting Mr. Diab, his wife, and children to go to Honolulu, Hawaii from August 2 through August 8, 2021.

This Motion is based on the Declaration of Harland W. Braun.

Dated: July 15, 2021

Respectfully submitted,

/s/ W. Braun
HARLAND W. BRAUN
Braun & Braun, LLP
10880 Wilshire Boulevard, Suite 1020
Los Angeles, CA 90024
310.277-4777

Pldgs-NL.2-1

## DECLARATION OF HARLAND W. BRAUN

I, HARLAND W. BRAUN, declare as follows:

1. I am an attorney licensed to practice in the State of California, admitted to practice before the United States District Court for the District of Columbia. I represent Defendant Mohammad Diab in the United States of America v. Mohammad Diab, Case No. 1:19-CR-0374 (RDM).

2. Mr. Diab has been released by the Court on condition that he remain within the continental United States. Mr. Diab asked his probation officer whether he could travel to Hawaii for a short family vacation. The Probation Department indicated that the Court Order allowed Mr. Diab only to travel within the continental United States and that he would need a Court Order to go on a family vacation to Honolulu, Hawaii.

3. I checked with the United States Attorney's office which said they needed more time to make up their mind. I know of no reason that Mr. Diab should not be allowed to take his family to Hawaii, particularly when they are recovering from the confinement imposed by the current Covid-19 pandemic.

4. Therefore, I have submitted an Order to the Court permitting Mr. Diab to travel to Honolulu, Hawaii, from August 2 through August 8, 2021, with his wife and two daughters and allowing him to say at the Hilton Hawaiian Village in Honolulu, Hawaii, for the entire time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of July, 2021, at Los Angeles, California.

_____
HARLAND W. BRAUN