IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 19-374 (RDM) |
| | ) | |
| AHMAD "ANDY" KHAWAJA, | ) | |
| GEORGE NADER, | ) | |
| ROY BOULOS, | ) | |
| RUDY DEKERMENJIAN, | ) | |
| MOHAMMAD "MOE" DIAB, | ) | |
| RANI EL-SAADI, | ) | |
| STEVAN HILL, and | ) | |
| THAYNE WHIPPLE, | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Jordan Dickson and Trevor Wilmot, undersigned counsel, hereby enter appearances on behalf of the United States in the above-captioned matter.

James C. Mann, Michael J. Romano, Michelle Parikh, Tanya D. Senanayake, Victor R. Salgado, and Jolee Porter, each of whom previously appeared on behalf of the United States, will no longer appear on behalf of the United States in this matter.

                                                      Respectfully submitted,

                                                      COREY R. AMUNDSON
                                                      Chief, Public Integrity Section
                                                      Criminal Division
                                                      U.S. Department of Justice

| By: | */s/ Jordan Dickson* | By: | */s/ Trevor Wilmot* |
|---|---|---|---|
| | Jordan Dickson | | Trevor Wilmot |
| | CA Bar. No. 324406 | | GA Bar. No. 936961 |
| | Trial Attorney | | Trial Attorney |
| | Public Integrity Section | | Public Integrity Section |
| | Criminal Division | | Criminal Division |
| | U.S. Department of Justice | | U.S. Department of Justice |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants.

Dated: October 23, 2023

*/s/ Jordan Dickson*
Jordan Dickson
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice