UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>AHMAD "ANDY" KHAWAJA, et al., )<br>Defendant. ) | Crim No.: 1:19-cr-00374 (RDM) |

**REQUEST FOR STATUS CONFERENCE**
**BY DEFENDANT ANDY KHAWAJA**

Defendant Andy Khawaja ("Mr. Khawaja"), by and through undersigned counsel, respectfully requests that the Court schedule a status conference in this matter. At the Status Conference, counsel for Mr. Khawaja seeks to discuss with the Court and the government the following issues:

**(1) Securing George Nader's Testimony for Trial:**

On or about May 29, 2024, counsel for Mr. Khawaja filed an Affidavit to Designate Mr. Nader as a Material Witness under 18 U.S.C. § 3144 (the "Affidavit"). Additionally, in the months prior to that Affidavit, counsel for Mr. Khawaja discussed with the government Mr. Nader's status as a material witness and the necessity for early discovery and a deposition of Mr. Nader under Fed. R. Crim. P. 15,[1] and/or other relief under § 3144. Additional good cause exists for taking a deposition in that Mr. Nader apparently has health issues, as reported to the Court, he suffers from heart disease, hypertension, and diabetes, and previously underwent emergency open heart surgery (quadruple bypass).[2]

---

[1] In the event of a Rule 15 deposition, Mr. Khawaja seeks early discovery under Rule 16, *Brady*, and *Giglio* to adequately prepare due to the anticipated voluminous nature of the discovery and potential complexities in light of Mr. Nader's extensive cooperation with the Special Counsel investigation.
[2] 1:20-cr-00103-RDM, Dkt. #90, Sent. Tr. at 73:13-20.

**(2) Mr. Khawaja's Extradition Status/Presence at Deposition:**

Mr. Khawaja is currently under arrest in Lithuania and released on conditions. In October 2023, because of his three-year record of compliance, Mr. Khawaja's GPS ankle monitor was removed. Since that time, Mr. Khawaja has been free to travel anywhere within Lithuania and is required only to check-in thrice weekly with local police. There is currently no date set for Mr. Khawaja's return to the United States.

In compliance with Fed. R. Crim. P. 15(c) and the Confrontation Clause, Mr. Khawaja has a right to be present at Mr. Nader's deposition. To facilitate this, Mr. Khawaja would be willing to appear at the deposition via Zoom, if necessary.

Dated: May 29, 2024

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian, DC Bar #CA00113
David Boyadzhyan, DC Bar #CA00115
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com
       dboyadzhyan@manatt.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim No.: 1:19-cr-00374 (RDM) |
| AHMAD "ANDY" KHAWAJA, et al., ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant Ahmad "Andy" Khawaja's Request for a Status Conference, and the entire record herein, it is hereby ORDERED that:

A status conference will be held on _____, 2024 at _____.

DONE AND ORDERED this _____ day of _____, 2024.

_____
The Honorable Randolph D. Moss
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> AHMAD "ANDY" KHAWAJA, et al., ) <br> ) <br> Defendant. ) | Crim No.: 1:19-cr-00374 (RDM) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

Dated: May 29, 2024

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com

402554394.3