UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim No.: 1:19-cr-00374 (RDM) |
| AHMAD "ANDY" KHAWAJA, et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant Andy Khawaja's Motion to Designate Material Witness Pursuant to 18 U.S.C. § 3144, and For Deposition Or, In The Alternative, Detainment, the Affidavit to Designate Material Witness, and the entire record herein, it is therefore, this ___ day of _____, 2024, ORDERED that George A. Nader ("Mr. Nader") is hereby designated a material witness in this proceeding pursuant to 18 U.S.C. § 3144;

IT IS FURTHER ORDERED that Mr. Khawaja may take Mr. Nader's video-taped deposition under Federal Rule of Criminal Procedure 15 within sixty (60) days of the date of the this Order;

IT IS FURTHERED ORDERED that Mr. Nader's deposition shall be limited to one (1) day of seven (7) hours, unless otherwise agreed to by the parties;

IT IS FURTHER ORDERED that the government shall produce to Mr. Khawaja's counsel any Nader-related discovery under Federal Rule of Criminal Procedure 16, *Brady*, and *Giglio* no later than two (2) weeks prior to the date set for Mr. Nader's deposition;

///

///

///

IT IS FURTHER ORDERED that Mr. Khawaja may be present for the video-taped deposition of Mr. Nader subject to the following conditions: _____

_____

_____.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

403001686.1