UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) <br> ) |
| AHMAD "ANDY" KHAWAJA, et al., | )    Crim No.: 1:19-cr-00374 (RDM) <br> ) |
| Defendant. | ) |

## WAIVER OF APPEARANCE

Defendant Ahmad "Andy" Khawaja, by and through undersigned counsel, and pursuant to the Court's May 30, 2024 Minute Order, respectfully submits the following waiver of appearance for the June 27, 2024 Status Conference in the above-captioned case. In support of this waiver, Mr. Khawaja states and affirms the following:

1. I fully understand my right to be present at each stage of the proceeding in the above-captioned case.

2. I have conferred with my counsel regarding the nature of the Status Conference, and my right to be present at the Status Conference.

3. I knowingly and voluntarily waive my right to be present at the June 27, 2024 Status Conference.

*DocuSigned by:*
*[signature]*
8A6692C1562E498...
Andy Khawaja

6/5/2024
_____
Date

Dated: June 10, 2024                                Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
David Boyadzhyan
DC Bar #CA00115
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com
            dboyadzhyan@manatt.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

Dated:  June 10, 2024

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com

403006556.1