**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| AHMAD "ANDY" KHAWAJA, et al., | )  Crim No.: 1:19-cr-00374 (RDM) |
| | ) |
| Defendant. | ) |

<u>**AFFIDAVIT OF KENNETH B. JULIAN IN SUPPORT OF DEFENDANT KHAWAJA'S
MOTION FOR LEAVE TO FILE UNDER SEAL**</u>

I, Kenneth B. Julian, hereby swear and affirm to the best of my knowledge and belief as
follows:

1.      I am counsel for defendant Andy Khawaja ("Mr. Khawaja") in the present matter.

2.      Attached hereto as **Exhibit A** is what I understand to be a true and correct copy of
a WhatsApp message from George Nader to Sheikh Tahnoune dated March 7, 2016.

3.      Attached hereto as **Exhibit B** is what I understand to be a true and correct copy of
a WhatsApp message from George Nader to Sheikh Tahnoune dated March 7, 2016.

4.      Attached hereto as **Exhibit C** is what I understand to be a true and correct copy of
a WhatsApp message from George Nader to Andy Khawaja dated March 19, 2016.

5.      Attached hereto as **Exhibit D** is what I understand to be a true and correct copy of
a WhatsApp message from George Nader to Sheikh Tahnoune dated April 1, 2016.

6.      Attached hereto as **Exhibit E** is what I understand to be a true and correct copy of
a WhatsApp message from George Nader to Andy Khawaja dated April 3, 2016.

7.      Attached hereto as **Exhibit F** is what I understand to be a true and correct copy of
a WhatsApp message from Andy Khawaja to George Nader dated April 3, 2016.

8.      Attached hereto as **Exhibit G** is what I understand to be a true and correct copy of
a WhatsApp message from George Nader to Andy Khawaja dated April 8, 2016.

9.      Attached hereto as **Exhibit H** is what I understand to be a true and correct copy of a WhatsApp message from George Nader to Andy Khawaja dated June 14, 2016.

10.     Attached hereto as **Exhibit I** is what I understand to be a true and correct copy of a WhatsApp message from Andy Khawaja to George Nader dated December 4, 2016.

Dated:  June 22, 2024                              Respectfully submitted,

                                                  /s/ Kenneth B. Julian
                                                  Kenneth B. Julian, DC Bar #CA00113
                                                  David Boyadzhyan, DC Bar #CA00115
                                                  MANATT, PHELPS & PHILLIPS
                                                  695 Town Center Drive, 14th Floor
                                                  Costa Mesa, CA 92626
                                                  Tel: (714) 338-2745
                                                  Email: kjulian@manatt.com
                                                          dboyadzhyan@manatt.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| AHMAD "ANDY" KHAWAJA, et al., | ) Crim No.: 1:19-cr-00374 (RDM) |
| | ) |
| Defendant. | ) |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

Dated:  June 22, 2024

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com

403080399.1

# Exhibit A

| Instant Message # | From | To | Participants Timestamps | Body | Timestamp: Date |
|---|---|---|---|---|---|
| 344 | 971502487388@s.w hatsapp.net George | 971504045665@s.w hatsapp.net Sheikh Tahnoune New | 971504045665@s.w hatsapp.net Sheikh Tahnoune New - Delivered:3/7/2016 1:07:57 AM(UTC+4); Read: 3/7/2016 1:12:28 AM(UTC+4) | Here Toul Umar is a quick brief on the gust tomorrow: Andy Khawaja is the founder and owner of the multi-billion-dollar e-commerce giant Allied Wallet Which has been valued at $20 billion. 2. 43 years old Andy , a native of Lebanon, is based in CA and in addition to his global business especially in Japan, South Korea and Germany, he is very close confidant and major backer of Hillary Clinton! 3. Andy is now sold on the idea and dream to get even bigger globally from a base in the region. Emirates is natural place to trigger further a new revolutionary service that is both unique and unprecedented ! 4.As aware as he is of the responsibility to contribute to a better world , Andy travels around  the world delivering motivational speeches to young entrepreneurs to encourage them to be who they want to be using his life experience thus far. Today  he is adamant to also contribute to bettering the life of conflict inflicted areas starting by the Middle East. Using his technology and business influence he is reaching to emerging leaders to assist in developing better middle east. 5. Today Andy's dream is to take his ancestral phonecia trait online  and develop a Global Virtual Mega Mall based in Emirates .He says phonecia ( which existed in Lebanon | 3/7/2016 |

# Exhibit B

| Instant Message # | From | To | Participants Timestamps | Body | Timestamp: Date |
|---|---|---|---|---|---|
| 347 | 971502487388@s.w hatsapp.net George | 971504045665@s.w hatsapp.net Sheikh Tahnoune New | 971504045665@s.w hatsapp.net Sheikh Tahnoune New - Delivered:3/7/2016 11:02:54 PM(UTC+4); Read: 3/8/2016 12:40:57 AM(UTC+4) | Good Evening Toul Umrak Just finished dinner with Andy He is so determined, devoted and excited to implement his vision in practice with your approval, blessing and leadership! He means it! I discussed with him the key topics you have instructed and he was all ears and in total agreement. Will tell you all tomorrow Sir ! This is a Life Time historical Opportunity and We Won't Disappoint You Toul Umar. God Bless You🙏🙏🙏♡♡♡ | 3/7/2016 |

# Exhibit C

| Instant Message # | From | To | Participants Timestamps | Body | Timestamp: Date |
|---|---|---|---|---|---|
| 75 | 971502487388@s.whatsapp.net George | 13104359702@s.whatsapp.net Andy Khawaja | 13104359702@s.whatsapp.net Andy Khawaja - Delivered:3/19/2016 6:20:44 AM(UTC+4); Read: 3/19/2016 7:12:55 AM(UTC+4) | We need to properly coordinate your next visit here so it will become very productive: HH will not be around in 10 days! After our visit next week to Moscow to meet P..he will be gone with family for several days! During that time we need to meet to prepare the comprehensive plan as we have promised HH so we can set up a meeting sometimes in early April to follow up accordingly with HH Will stay in touch and coordinate all ! | 3/19/2016 |

# Exhibit D

| Instant Message # | From | To | Participants Timestamps | Body | Timestamp: Date |
|---|---|---|---|---|---|
| 495 | 971502487388@s.w hatsapp.net George | 971504045665@s.w hatsapp.net Sheikh Tahnoune New | 971504045665@s.w hatsapp.net Sheikh Tahnoune New - Delivered:4/1/2016 6:48:59 PM(UTC+4); Read: 4/1/2016 7:05:51 PM(UTC+4) | Greetings Toul Umrak<br>Here are couple issues Sir:<br>1. Remember I mentioned Andy is in Dubai to prepare recruitment and logistics . I am catching up with him shortly !<br>2. I am taking the later flight  since no other flight available! Therefore I shall be at your service tomorrow at your convenience!<br>Hate to bother you but Solaiman needs kindly your instruction to get the ticket !<br>Also Sir if at all possible to keep me near by at Four Seasons!<br>Many thanks and see you in the morning Toul Umrak🙏🙏 | 4/1/2016 |

# Exhibit E

| Instant Message # | From | To | Participants Timestamps | Body | Timestamp: Date |
|---|---|---|---|---|---|
| 128 | 971502487388@s.whatsapp.net George | 13104359702@s.whatsapp.net Andy Khawaja | 13104359702@s.whatsapp.net Andy Khawaja - Delivered:4/3/2016 2:03:00 AM(UTC+4); Read: 4/3/2016 10:44:45 AM(UTC+4) | He wants your headquarters based in AD😊 | 4/3/2016 |

# Exhibit F

| Instant Message # | From | To | Participants Timestamps | Body | Timestamp: Date |
|---|---|---|---|---|---|
| 132 | 13104359702@s.whatsapp.net Andy Khawaja | | | Hi George. Tell HH we are still deciding the road plan but we will start slow because it's development work and not sales . So at the start we need to be very careful with the local code put in. Start could be 5 staff then build up to 75 team of professionals | 4/3/2016 |

# Exhibit G

| Instant Message # | From | To | Participants Timestamps | Body | Timestamp: Date |
|---|---|---|---|---|---|
| 176 | 971502487388@s.whatsapp.net George | 13104359702@s.whatsapp.net Andy Khawaja | 13104359702@s.whatsapp.net Andy Khawaja - Delivered:4/8/2016 3:06:53 PM(UTC+4); Read: 4/8/2016 5:09:31 PM(UTC+4) | I am sending you some highlight of possible key points for conversation with Big Boss today as per advise and after brainstorming with Your Friends here:<br>1. Tell the Big host about your plans to set up Headquarters in AD and develop global partnership from here and about your excitement and how well the idea was received here and the willingness of HH to facilitate and help with whatever it takes to get the business going! | 4/8/2016 |

# Exhibit H

| Instant Message # | From | To | Participants Timestamps | Body | Timestamp: Date |
|---|---|---|---|---|---|
| 770 | 971502487388@s.whatsapp.net George | 13104359702@s.whatsapp.net Andy Khawaja | 13104359702@s.whatsapp.net Andy Khawaja - Delivered:6/14/2016 11:49:44 PM(UTC+4); Read: 6/14/2016 11:53:23 PM(UTC+4) | Hi Andy<br>As per our conversation and agreement for consultation and services provided by your company kindly send me the bill to my email address ( Rudy has it) so we can take care of it ASAP !<br>Specify in bill method and full details of payment please.<br>As already mentioned half of 10 to be paid upon receipt and second half by 15 August!<br>Bill should be addressed to:<br>Pearlwood Limited<br>Thanks and best regards | 6/14/2016 |

# Exhibit I

| Instant Message # | From | To | Participants Timestamps | Body | Timestamp: Date |
|---|---|---|---|---|---|
| 2164 | 13104359702@s.whatsapp.net Andy Khawaja | | | George show this to HH and tell him this is the project that I offered him to do with me for $200M 1 years ago.<br><br>Look who is doing it now for $1 billion dollars and not even as half good as the one I offered to build 😞 you should have trusted me George as I know my IT business too well.. | 12/4/2016 |