UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> AHMAD "ANDY" KHAWAJA, et al., ) <br> ) <br> Defendant. ) | Crim No.: 1:19-cr-00374 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's order, dated July 18, 2024, the United States of America and defendant Andy Khawaja respectfully submit this joint status report regarding the ongoing extradition proceedings and when Mr. Khawaja is likely to return to the United States:

**DEFENDANT'S REPORT**

Mr. Khawaja has nothing new to report regarding the ongoing extradition proceedings in Lithuania; however, Mr. Khawaja is currently discussing with the U.S. Attorney's Office for the District of Massachusetts issues touching upon resolution of Mr. Khawaja's criminal case (21-CR-10250-NMG) and, short of a complete resolution, whether procedural issues can be agreed upon with respect to bail, which could facilitate Mr. Khawaja's return to the United States in a manner and time frame consistent with the trial date in the present matter.

**GOVERNMENT'S REPORT**

The United States awaits the response from the Lithuanian authorities relating to the request to extradite Mr. Khawaja in this case. The United States has no additional information

///

///

concerning the status of those extradition proceedings or an expected timeline for its completion.

| | |
|---|---|
| Dated:  August 2, 2024 | Respectfully submitted, |
| | |
| /s/ Jordan Dickson<br>Jordan Dickson, CA Bar #324406<br>Trevor Wilmot, GA Bar #936961<br>Public Integrity Section<br>Criminal Division<br>U.S. Department of Justice<br>1301 New York Ave NW, Suite 1000<br>Washington, DC 20530<br>Tel: (202) 597-0508<br>Email: jordan.dickson@usdoj.gov<br>           trevor.wilmot@usdoj.gov | /s/ Kenneth B. Julian<br>Kenneth B. Julian, DC Bar #CA00113<br>David Boyadzhyan, DC Bar #CA00115<br>MANATT, PHELPS & PHILLIPS<br>695 Town Center Drive, 14th Floor<br>Costa Mesa, CA 92626<br>Tel: (714) 338-2745<br>Email: kjulian@manatt.com<br>           dboyadzhyan@manatt.com |

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>AHMAD "ANDY" KHAWAJA, et al., )<br><br>Defendant. ) | Crim No.: 1:19-cr-00374 (RDM) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

Dated:  August 2, 2024

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com

403151827.1