UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>AHMAD "ANDY" KHAWAJA, et al., )<br>)<br>Defendant. ) | Crim No.: 1:19-cr-00374 (RDM) |

### DEFENDANT KHAWAJA'S REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR LEAVE TO FILE UNDER SEAL

On June 22, 2024, Defendant Ahmad "Andy" Khawaja ("Mr. Khawaja") filed his Motion for Leave to File Under Seal ("Motion"). *See* ECF No. 257. On August 9, 2024, the United States filed its Opposition to Defendant's Motion to Seal ("Opposition"). *See* ECF 260. Mr. Khawaja has reviewed the arguments in the Opposition. Based upon the facts and arguments contained therein, and applicable law, Mr. Khawaja withdraws the Motion, and does not oppose unsealing.

Dated:  August 12, 2024

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian, DC Bar #CA00113
David Boyadzhyan, DC Bar #CA00115
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com
         dboyadzhyan@manatt.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                      )<br>)<br>AHMAD "ANDY" KHAWAJA, et al., )<br>)<br>Defendant.              ) | Crim No.: 1:19-cr-00374 (RDM) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

Dated: August 12, 2024

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com

403253120.1