UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>AHMAD "ANDY" KHAWAJA, et al., )<br>)<br>Defendant. ) | Crim No.: 1:19-cr-00374 (RDM) |

### JOINT STATUS REPORT

Pursuant to the Court's order, dated July 18, 2024, the United States of America and defendant Andy Khawaja respectfully submit this joint status report regarding the ongoing extradition proceedings and when Mr. Khawaja is likely to return to the United States:

**DEFENDANT'S REPORT**

As previously stated, the parties met on Wednesday, October 9, 2024, to discuss matters relevant to the Court's order. Mr. Khawaja has nothing further to report regarding the ongoing extradition proceedings or when Mr. Khawaja is likely to return to the United States. Mr. Khawaja anticipates having additional information regarding these topics within the next few weeks.

**GOVERNMENT'S REPORT**

The United States awaits the response from the Lithuanian authorities relating to the request to extradite Mr. Khawaja in this case. The United States has no additional information concerning the status of those extradition proceedings or an expected timeline for its completion.

//

1

Dated:  November 8, 2024                                  Respectfully submitted,

/s/ Jordan Dickson                                        /s/ Kenneth B. Julian
Jordan Dickson, CA Bar #324406                            Kenneth B. Julian, DC Bar #CA00113
Trevor Wilmot, GA Bar #936961                             David Boyadzhyan, DC Bar #CA00115
Public Integrity Section                                  MANATT, PHELPS & PHILLIPS
Criminal Division                                         695 Town Center Drive, 14th Floor
U.S. Department of Justice                                Costa Mesa, CA 92626
1301 New York Ave NW, Suite 1000                          Tel: (714) 338-2745
Washington, DC 20530                                      Email: kjulian@manatt.com
Tel: (202) 597-0508                                              dboyadzhyan@manatt.com
Email: jordan.dickson@usdoj.gov
       trevor.wilmot@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>AHMAD "ANDY" KHAWAJA, et al., )<br>)<br>Defendant. ) | Crim No.: 1:19-cr-00374 (RDM) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

Dated:  November 8, 2024

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com

403517502.1

3