**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| AHMAD "ANDY" KHAWAJA, et al., | ) Crim No.: 1:19-cr-00374 (RDM) |
| | ) |
| Defendant. | ) |

## DEFENDANT ANDY KHAWAJA'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE

On June 28, 2024, the Court set a jury trial for defendant Andy Khawaja for December 9, 2024, at 9:30 a.m. in Courtroom 8. The Court advised counsel for Mr. Khawaja to inform the Court if Mr. Khawaja will be returning to the United States for the trial date. At this time, Mr. Khawaja remains overseas and, therefore, will not be present for trial on December 9, 2024.

Counsel for Mr. Khawaja and counsel for the government met on October 9, 2024, to discuss this matter and continue to engage in such discussions. Accordingly, Mr. Khawaja hereby seeks to continue the December 9, 2024, trial date to January 21, 2025, or as soon thereafter as the Court is available. Counsel for the government have advised that the government does not oppose this trial continuance.

Dated: December 5, 2024

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian, DC Bar #CA00113
David Boyadzhyan, DC Bar #CA00115
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com
         dboyadzhyan@manatt.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v. )<br>  )<br>AHMAD "ANDY" KHAWAJA, et al., )<br>  )<br>Defendant. ) | Crim No.: 1:19-cr-00374 (RDM) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

Dated: December 5, 2024

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com

403572142.1