## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim No.: 1:19-cr-00374 (RDM) |
| AHMAD "ANDY" KHAWAJA, et al., ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF APPEARANCE

Defendant Ahmad "Andy" Khawaja, by and through undersigned counsel, and pursuant to the Court's February 1, 2025, Minute Order, respectfully submits the following waiver of appearance for the February 4, 2025, Hearing on Defendant's Motion for Order Under the Compulsory Process Clause in the above-captioned case. In support of this waiver, Mr. Khawaja states and affirms the following:

1. I fully understand my right to be present at each stage of the proceeding in the above-captioned case.

2. I have conferred with my counsel regarding the nature of the Hearing on Defendant's Motion for Order Under the Compulsory Process Clause, and my right to be present at the Hearing.

3. I knowingly and voluntarily waive my right to be present at the February 4, 2025, Hearing on Defendant's Motion for Order Under the Compulsory Process Clause.

_/s/ Andy Khawaja_
Andy Khawaja

February 3, 2025
Date

Dated: February 3, 2025

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
David Boyadzhyan
DC Bar #CA00115
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com
        dboyadzhyan@manatt.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

Dated: February 3, 2025

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com

403695483.2