UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>AHMAD KHAWAJA,<br><br>*Defendant.* | Criminal Action No. 19-374 (RDM) |

## ORDER

Upon consideration of Defendant Ahmad Khawaja's Motion for Compulsory Process, Dkt. 273, it is hereby **ORDERED** that George A. Nader shall be deposed as a witness in this case in order to preserve his testimony for trial; and it is further

**ORDERED** that Mr. Khawaja may take Mr. Nader's video-taped deposition under the Federal Rule of Criminal Procedure 15 within two (2) days of the date of this Order; and it is further

**ORDERED** that Mr. Nader's deposition shall be limited to one (1) day of seven (7) hours, unless otherwise agreed to by the parties; and it is further

**ORDERED** that Mr. Khawaja may be present for the video-taped deposition of Mr. Nadar, and that if Mr. Khawaja chooses not to be present he shall file on the docket a waiver of his right to be present at the deposition and his agreement that the deposition may be used at trial notwithstanding his nonattendance.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  February 4, 2025