## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>AHMAD "ANDY" KHAWAJA, et al., )<br>)<br>Defendant. ) | Crim No.: 1:19-cr-00374 (RDM) |

### UNOPPOSED MOTION TO AUTHORIZE DISCLOSURE OF SEALED TRANSCRIPTS FOR COURT-ORDERED DEPOSITION OF GEORGE NADER

Defendant Ahmad "Andy" Khawaja, by and through undersigned counsel, hereby moves this Court, under Fed. R. Crim. Pro. 49.1(d) and *Brady*, for an order authorizing disclosure of the following sealed transcripts to Mr. Khawaja so that Mr. Khawaja may complete the Court-ordered deposition of George Nader:

(1) the July 22, 2020, transcript of defendant George Nader's change-of-plea hearing in the matter *United States v. Nader*, 20-cr-103, in the District of District of Columbia; and

(2) the July 20, 2021, transcript of Mr. Nader's Fed. R. Crim. Pro. 35 hearing in the matter *United States v. Nader*, 19-cr-201, in the Eastern District of Virginia.

The government has represented, through counsel, that the government does not oppose this Motion. Mr. Khawaja respectfully requests that the Court order that the aforementioned two sealed transcripts may be disclosed to Mr. Khawaja so that Mr. Khawaja, through counsel, may complete the Court-ordered deposition of Mr. Nader that is taking place concurrently with the filing of this unopposed Motion, on this date, February 6, 2025.

Dated: February 6, 2025

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
David Boyadzhyan
DC Bar #CA00115
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com
            dboyadzhyan@manatt.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

Dated:  February 6, 2025

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com

403703814.1