**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim No.: 1:19-cr-00374 (RDM) |
| AHMAD "ANDY" KHAWAJA, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order, dated January 9, 2025, the United States of America and defendant Andy Khawaja respectfully submit this joint status report regarding the ongoing extradition proceedings and when Mr. Khawaja is likely to return to the United States:

**DEFENDANT'S REPORT**

As previously stated, the parties met on Wednesday, October 9, 2024, to discuss matters relevant to the Court's order.  On February 6, 2025, the parties took the Court-ordered deposition of George Nader.  Mr. Khawaja has nothing further to report regarding the ongoing extradition proceedings or when Mr. Khawaja is likely to return to the United States.  Mr. Khawaja anticipates having additional information regarding these topics within the next few weeks.

**GOVERNMENT'S REPORT**

The United States awaits the response from the Lithuanian authorities relating to the request to extradite Mr. Khawaja in this case.  The United States has no additional information concerning the status of those extradition proceedings or an expected timeline for its completion.

1

Dated: May 1, 2025

Respectfully submitted,

/s/ Trevor Wilmot
Trevor Wilmot, GA Bar #936961
Public Integrity Section
Criminal Division
U.S. Department of Justice
1301 New York Ave NW, Suite 1000
Washington, DC 20530
Tel: (202) 597-0508
Email: trevor.wilmot@usdoj.gov

/s/ Kenneth B. Julian
Kenneth B. Julian, DC Bar #CA00113
David Boyadzhyan, DC Bar #CA00115
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com
        dboyadzhyan@manatt.com

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.                                       )<br><br>AHMAD "ANDY" KHAWAJA, et al.,   )<br><br>Defendant.                          ) | Crim No.: 1:19-cr-00374 (RDM) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

Dated: May 1, 2025

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com

403893134.1