**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) ) ) |
| AHMAD "ANDY" KHAWAJA, et al., | ) ) |
| Defendant. | ) |

Crim No.: 1:19-cr-00374 (RDM)

## JOINT STATUS REPORT

Pursuant to the Court's order, dated July 10, 2025, the United States of America and defendant Andy Khawaja respectfully submit this joint status report regarding the ongoing extradition proceedings and when Mr. Khawaja is likely to return to the United States:

### DEFENDANT'S REPORT

As previously stated, the parties met on Wednesday, October 9, 2024, to discuss matters relevant to the Court's order.  On February 6, 2025, the parties took the Court-ordered deposition of George Nader.  Mr. Khawaja has nothing further to report regarding the ongoing extradition proceedings or when Mr. Khawaja is likely to return to the United States.  Mr. Khawaja anticipates having additional information regarding these topics within the next several weeks.

### GOVERNMENT'S REPORT

The United States awaits the response from the Lithuanian authorities relating to the request to extradite Mr. Khawaja in this case.  The United States has no additional information concerning the status of those extradition proceedings or an expected timeline for its completion.

1

Dated: June 1, 2026                                    Respectfully submitted,


/s/ Alexandre Dempsey                               /s/ Kenneth B. Julian
Alexandre Dempsey, DC Bar #1010101                  Kenneth B. Julian, DC Bar #CA00113
Public Integrity Section                            David Boyadzhyan, DC Bar #CA00115
Criminal Division                                   MANATT, PHELPS & PHILLIPS
U.S. Department of Justice                           695 Town Center Drive, 14th Floor
1301 New York Ave NW, Suite 1000                    Costa Mesa, CA 92626
Washington, DC 20010                                Tel: (714) 338-2745
Tel: (202) 957-3014                                 Email: kjulian@manatt.com
Email: alexandre.dempsey@usdoj.gov                         dboyadzhyan@manatt.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| AHMAD "ANDY" KHAWAJA, et al., | )    Crim No.: 1:19-cr-00374 (RDM) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

Dated: June 1, 2026

Respectfully submitted,

/s/ Kenneth B. Julian
Kenneth B. Julian
DC Bar #CA00113
MANATT, PHELPS & PHILLIPS
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Tel: (714) 338-2745
Email: kjulian@manatt.com

404635140.1

3